**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

EMILY HOFFMAN and SCOTT
VADEN,

     Plaintiffs,

v.                                                          Case No. 3:15-cv-110-J-32MCR

MIKE STROBEL and AIR
TECHNOLOGY SERVICES, INC.,

     Defendants.

---

## O R D E R

This case is before the Court on the Joint Motion to Approve Settlement and Stipulation of Dismissal (Doc. 95). On February 16, 2018, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 96) recommending that the joint motion (Doc. 95) be granted, the settlement agreement be approved, and the case be dismissed with prejudice. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a). Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 96), it is hereby

    **ORDERED:**

1.    The Report and Recommendation of the Magistrate Judge (Doc. 96) is **ADOPTED** as the opinion of the Court.

2.    The Joint Motion to Approve Settlement and Stipulation of Dismissal, (Doc. 95), is **GRANTED**.

3.    This case is **DISMISSED with prejudice**.

4.    The Clerk shall close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 11th day of April, 2018.

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies to:

Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of record